OCT 16 2025 PM2:23
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:25-cr-499-TPB-NHA

ROCHELLE DEBORAH JOHNSON,
a/k/a "Rochelle Dorsette,"
a/k/a "Rochell Dorsett,"
a/k/a "Rochelle W Johnson"

18 U.S.C. § 1542
(Passport Fraud)

18 U.S.C. § 611
(Voting by Aliens)

18 U.S.C. § 1015(e)
(False Claim of U.S. Citizenship
to Obtain State Benefit)

## INDICTMENT

The Grand Jury charges:



### COUNT ONE
### (Passport Fraud)

On or about July 18, 2016, in the Middle District of Florida, and elsewhere, the

defendant,

ROCHELLE DEBORAH JOHNSON,
a/k/a/ "Rochell Dorsette,"
a/k/a "Rochell Dorsett,"
a/k/a "Rochelle W Johnson,"

did willfully and knowingly use a passport issued under the authority of the United

States, the issue of which was secured in any way by reason of a false statement, that

is, the defendant used U.S. Passport No. 428515051 to travel from Tampa, Florida, to

Nassau, Bahamas, which passport had been obtained by an application in which the

defendant falsely stated that she was a citizen or non-citizen national of the United

States who was born in Lee, Florida, when, in truth and in fact, as the defendant well knew, the defendant was born in the Bahamas and was not a citizen or national of the United States.

In violation of 18 U.S.C. § 1542.

## COUNT TWO
### (Passport Fraud)

On or about February 5, 2018, in the Middle District of Florida, and elsewhere, the defendant,

ROCHELLE DEBORAH JOHNSON,
a/k/a/ "Rochell Dorsette,"
a/k/a "Rochell Dorsett,"
a/k/a "Rochelle W Johnson,"

did willfully and knowingly make a false statement in a Form DS-82, U.S. Passport Renewal Application for Eligible Individuals, with intent to induce and secure the issuance of a passport under the authority of the United States for her own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that, the defendant falsely stated that she was a citizen or non-citizen national of the United States who was born in Lee, Florida, when, in truth and in fact, as the defendant well knew, the defendant was born in the Bahamas and was not a citizen or national of the United States.

In violation of 18 U.S.C. § 1542.

## COUNT THREE
(Voting by Aliens)

On or about November 3, 2020, in the Middle District of Florida, and elsewhere, the defendant,

ROCHELLE DEBORAH JOHNSON,
a/k/a/ "Rochell Dorsette,"
a/k/a "Rochell Dorsett,"
a/k/a "Rochelle W Johnson,"

an alien of the United States, did unlawfully vote in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, President elector, and Member of the House of Representatives.

In violation of 18 U.S.C. § 611(a).

## COUNT FOUR
(False Claim of U.S. Citizenship to Obtain State Benefit)

On or about May 21, 2021, in the Middle District of Florida, and elsewhere, the defendant,

ROCHELLE DEBORAH JOHNSON,
a/k/a/ "Rochell Dorsette,"
a/k/a "Rochell Dorsett,"
a/k/a "Rochelle W Johnson,"

did knowingly make a false statement and claim that she was a citizen of the United States with the intent to obtain, on behalf of herself, a State benefit and service, that is, a renewal of her Florida Driver's license.

In violation of 18 U.S.C. § 1015(e).

3

4

## COUNT FIVE
(False Claim of U.S. Citizenship to Obtain State Benefit)

On or about September 16, 2024, in the Middle District of Florida, and elsewhere, the defendant,

ROCHELLE DEBORAH JOHNSON,
a/k/a/ "Rochell Dorsette,"
a/k/a "Rochell Dorsett,"
a/k/a "Rochelle W Johnson,"

did knowingly make a false statement and claim that she was a citizen of the United States with the intent to obtain, on behalf of herself, a State benefit and service, that is, a replacement Florida Driver's license.

In violation of 18 U.S.C. § 1015(e).

4

## FORFEITURE ALLEGATIONS

1.      The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 982(a)(6).

2.      Upon conviction of a violation of 18 U.S.C. § 1542, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

a.      any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

b.      any property, real or personal, that constitutes, is derived from, or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

c.      any property that is used or intended to be used to facilitate the commission of the offense.

3.      The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of proceeds obtained from the offenses.

4.      If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

5

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Joseph H. Wheeler, III
Special Assistant United States Attorney

By: _____
Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section

FORM OBD-34
October 25

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

### ROCHELLE DEBORAH JOHNSON
a.k.a. "Rochell Dorsette," a.k.a "Rochell Dorsett," a.k.a "Rochelle W Johnson"

## INDICTMENT

Violations: 18 U.S.C. § 1542, 18 U.S.C. § 611, and 18 U.S.C. § 1015(e)

A true bill,

_____
Foreperson

Filed in open court this 16th day

of October 2025.

_____
Clerk

Bail $_____

GPO 863 525